KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEVEN PIERCE,<br><br>           Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>           Defendant. | Case # 1:14-CV-01687-BAM<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's confidential memo.

    Counsel for the Plaintiff has a heavy caseload and does not have additional attorneys to help with this caseload at this time and will also be out of the country with limited computer access for family reasons. As a result, counsel for Plaintiff requires additional time to draft the

Page 1

confidential memo beyond the typical 30 day extension. Plaintiff requests an 40 day extension of time to May 30, 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated April 23, 2015:        /s/ Kelsey M Brown
                             KELSEY MACKENZIE BROWN CA #263109
                             Dellert Baird Law Offices, PLLC
                             PO Box 3757
                             Silverdale, WA 98383
                             (360) 329-6968
                             Attorney for Plaintiff

Dated April 23, 2015:        s/ KELSEY M. BROWN for Sharon Lahey
                             SHARON LAHEY
                             (per e-mail authorization)
                             Special Assistant U.S. Attorney
                             Office of the General Counsel

                             Of Attorneys for Defendant

### ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter brief is now due on May 30, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:   **April 30, 2015**                    /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

Page 2