KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRENSO DIVISION

| | |
|---|---|
| STEVEN PIERCE,<br><br>    Plaintiff,<br><br> vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case # 1:14-CV-01687-BAM<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a second extension of time to file Plaintiff's confidential memo.

    Counsel for the Plaintiff was out of country with limited email access and relied upon another attorney to send the confidential memo on her behalf.  Opposing counsel informed us that she did not receive it.  Counsel sent the confidential memo to opposing counsel after she was informed of this. Parties stipulate that the service of the confidential memo on July 17, 2015 was timely.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated July 17, 2015:        /s/ Kelsey M Brown
                            KELSEY MACKENZIE BROWN CA #263109
                            Dellert Baird Law Offices, PLLC
                            PO Box 3757
                            Silverdale, WA 98383
                            (360) 329-6968
                            Attorney for Plaintiff

Dated July 17, 2015:        s/ KELSEY M. BROWN for Sharon Lahey
                            Marla Letellier on behalf of SHARON LAHEY
                            (per e-mail authorization)
                            Special Assistant U.S. Attorney
                            Office of the General Counsel
                            Of Attorneys for Defendant

## **ORDER**

On August 18, 2015, Plaintiff filed a stipulation for a second extension of time to serve his confidential letter brief nunc pro tunc.  (Doc. 12.) Plaintiff asserts that at the time the confidential letter brief was due he was out of the country with limited email access, and as a result, counsel missed the May 30, 2015, due date.  (Doc. 12.) However, Plaintiff sent the confidential brief to Defendant on July 17, 2015.

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's motion shall be granted nunc pro tunc and Plaintiff's confidential letter brief, filed July 17, 2015, shall be deemed timely.  All other deadlines set forth in the October 29, 2014, Case Management Order are modified accordingly.  (Doc. 6.)


IT IS SO ORDERED.

   Dated:   **August 19, 2015**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE