BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California  94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEVEN PIERCE,<br><br>       Plaintiff,<br>  vs.<br><br>CAROLYN W. COLVIN,<br><br>  Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:14-CV-01687-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

      Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner) hereby responds to the Court's April 18, 2016 order requiring the Commissioner to show cause as to why she did not file her opposition to Plaintiff's Brief on or before the April 4, 2016 deadline set by the Court (Docket Nos. 21 & 23).  Defense counsel in advertently scheduled the deadline to respond to Plaintiff's Brief as May 4, 2016, one month off from the correct April 4, 2016 deadline, as set forth in the Declaration of Sharon Lahey filed herewith.  Defense counsel understands that the procedural history in the above-captioned case has not complied with the Court's scheduling order, resulting in delay and inconvenience to the Court.  Defense counsel further understands that the proper procedure is to request an extension of time from the Court prior to the deadline. Defense counsel will make every effort to ensure that this does not happen in the future and respectfully requests that the Court discharge the April 18, 2016 Order to Show

1

Cause and extend the time for Defendant to respond to Plaintiff's Brief from April 4, 2016 to April 22, 2016, <u>nunc pro tunc</u>.

Dated: April 18, 2016          Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: <u>/s/ *Sharon Lahey*</u>
SHARON LAHEY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

On April 18, 2016, this Court issued an Order to Show Cause for Defendant's failure to file a timely response brief. (Doc. 23). That same day, Defendant filed the above response stating that she miscalendered the due date for the response brief. (Doc. 24). Having considered counsel's response, the Court DISCHARGES the Order to Show Cause and extends the briefing schedule nunc pro tunc.

Defendant shall file her response to Plaintiff's Brief on or before **April 22, 2016**. Any reply thereto shall be filed on or before **May 6, 2016**. The parties are on notice that the Court will not grant any further continuances of the briefing schedule in this case.

IT IS SO ORDERED.

Dated:   **April 20, 2016**          /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE